[No. 8249–3–I. Division One. March 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DARREN MILAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–8–01390–2, Richard M. Ishikawa, J., entered November 13, 1979. *Affirmed* by unpublished opin-

ion per Ringold, A.C.J., concurred in by Williams and Andersen, JJ.